REBECCA L. ECKERT, ESQ.
ATTORNEY I.D.034902010
CHARLES MICHAEL DAMIAN LLC
388 POMPTON AVENUE
CEDAR GROVE, NEW JERSEY 07009
T: 973-857-3300
F: 973-857-3301
ATTORNEYS FOR DEBTORS

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>BRIAN & LINDA BROPHY,<br><br>Debtors. | Chapter 7<br><br>Case Number: 16-34595 (SLM)<br><br>HON. STACEY L. MEISEL |

**AFFIDAVIT OF SERVICE**

On February 2, 2017 I served notice on all debtors and creditors in this matter that the 341(a) hearing scheduled for January 27, 2017 has been rescheduled to February 23, 2017 at 1:00 p.m. by sending notice via regular mail. The debtors were notified via email and regular mail.

I CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Rebecca L. Eckert*

Rebecca L. Eckert, Esq.
Counsel for Debtors

Dated: February 3, 2017