| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In Re:<br><br>    Brian Brophy<br>    Linda Brophy,<br><br>                      Debtors, |

Order Filed on February 7, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| | |
|---|---|
| Case No.: | 16-34595 (SLM) |
| Judge: | Hon. Stacey L. Meisel |
| Chapter: | 7 |

**ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 7, 2017**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Debtor:** **Brian & Linda Brophy**
**Case No.:** 16-34595 (SLM)
**Caption of Order:** Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor(s) failure to file a Certificate of Credit Counseling with the petition and receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor(s) completed the required credit counseling course on January 3, 2017; and the debtor's counsel, Rebecca L. Eckert, Esq., having appeared in court on February 7, 2017 on behalf of the debtor(s); and the Court having considered the exigent circumstances set forth by counsel on behalf of the debtor(s) that merit an excusal of 11 U.S.C. § 109(h); and for good cause shown; it is hereby

**ORDERED** that the debtor(s) failure to comply with 11 U.S.C. § 109(h) is excused.