UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 7,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Brian Brophy
Linda Brophy,

Debtors,

| | |
|---|---|
| Case No.: | 16-34595 (SLM) |
| Judge: | Hon. Stacey L. Meisel |
| Chapter: | 7 |

**ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 7, 2017**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Debtor:**           **Brian & Linda Brophy**
**Case No.:**         16-34595 (SLM)
**Caption of Order:** Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor(s) failure to file a Certificate of Credit Counseling with the petition and receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor(s) completed the required credit counseling course on January 3, 2017; and the debtor's counsel, Rebecca L. Eckert, Esq., having appeared in court on February 7, 2017 on behalf of the debtor(s); and the Court having considered the exigent circumstances set forth by counsel on behalf of the debtor(s) that merit an excusal of 11 U.S.C. § 109(h); and for good cause shown; it is hereby

**ORDERED** that the debtor(s) failure to comply with 11 U.S.C. § 109(h) is excused.

United States Bankruptcy Court<br>District of New Jersey

```
In re:                                                              Case No. 16-34595-SLM
Brian Brophy                                                        Chapter 7
Linda Brophy
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 07, 2017
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.
db/jdb         +Brian Brophy,    Linda Brophy,    52 Bartholf Avenue,    Pompton Lakes, NJ 07442-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Queen's Park Oval Asset Holding Trust
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Jill Manzo    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
               QUEEN'S PARK OVAL ASSET HOLDING TRUST bankruptcy@feinsuch.com
              Rebecca L. Eckert    on behalf of Joint Debtor Linda   Brophy rleckert@law-cmd.com
              Rebecca L. Eckert    on behalf of Debtor Brian   Brophy rleckert@law-cmd.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6