UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Brian Brophy
Linda Brophy

Case No.: __16-34595__

Chapter: __7__

Judge: __SLM__

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102 |

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on ___March 28 2017___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 52 Bartholf Avenue
Pompton Lakes, NJ  07442

Fair Market Value: $330,000 |

| Liens on property: | Subject to a first mortgage held by Roundpoint Mortgage on which there is due approximately $375,000. |

| Amount of equity claimed as exempt: | None |

Objections must be served on, and requests for additional information directed to:

Name:    Eric R. Perkins, Trustee

Address: 40 West Ridgewood Avenue, Ridgewood, New Jersey  07601

Telephone No.: (201) 493-3734

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-34595-SLM
Brian Brophy                                                              Chapter 7
Linda Brophy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 27, 2017
                              Form ID: pdf905          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
```
db/jdb         +Brian Brophy,   Linda Brophy,   52 Bartholf Avenue,   Pompton Lakes, NJ 07442-1814
516571324      +Fein Such Kahn & Shepard,   7 Century Drive,   Parsippany, NJ 07054-4673
516571326       Macys,   PO Box 9001094,   Louisville, KY 40290-1094
516571329       Queen's Park Oval Asset Holding Trust,   5032 Parkway Blvd,   Charlotte, NC 28217
516571330       Roundpoint,   PO Box 19409,   Charlotte, NC 28219-9409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2017 23:12:25     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2017 23:12:22     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516571325      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 27 2017 23:11:56     Kohls,   PO Box 2983,
                 Milwaukee, WI 53201-2983
516571327       E-mail/PDF: pa_dc_claims@navient.com Feb 27 2017 23:17:53     Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
516571328       E-mail/Text: electronicbkydocs@nelnet.net Feb 27 2017 23:12:26     Nelnet,   PO Box 82561,
                 Lincoln, NE 68501-2561
516655572      +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2017 23:04:53     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Queen's Park Oval Asset Holding Trust
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          Jill Manzo    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
           QUEEN'S PARK OVAL ASSET HOLDING TRUST bankruptcy@feinsuch.com
          Rebecca L. Eckert    on behalf of Joint Debtor Linda  Brophy rleckert@law-cmd.com
          Rebecca L. Eckert    on behalf of Debtor Brian  Brophy rleckert@law-cmd.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```