UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
Attorneys for Movant:  Queen's Park Oval Asset Holding Trust

In Re:

Brian Brophy
Linda Brophy

  Debtor/Respondent
  Co-Debtor/Respondent

Case No.:    16-34595 SLM

Chapter:    7

Hearing Date:  03/21/2017  at 10:00 a.m.

Judge:    Stacey L. Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion to Appoint Trustee

Date: 3/16/2017

/s/Denise Carlon, Esquire
Signature

rev.8/1/15