**GOLDMAN & BESLOW, LLC**
Attorneys at Law
7 Glenwood Avenue
Suite 311B
East Orange, New Jersey    07017
Tel. 973-677-9000

David G. Beslow, Esq. #DGB-5300
Attorneys for Debtors, Brian Brophy and Linda Brophy

| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| BRIAN BROPHY, LINDA BROPHY | Case No. 16-34595/SLM |
| Debtors | Chapter 7 |
| | SUBSTITUTION OF ATTORNEY |

The undersigned hereby consents to the substitution of Goldman & Beslow, LLC as attorney for the debtors.

GOLDMAN & BESLOW, LLC
Substituting Attorney

By: _____
David G. Beslow, ESQ.

Dated: March 28, 2017

By: _____
Brian Brophy
Debtor

Dated: March 28, 2017

CHARLES MICHEL DAMIAN, LLC
Withdrawing Attorney

By: _____
Rebecca L. Eckert, Esq.

Dated: March 28, 2017

By: _____
Linda Brophy
Debtor

Dated: March 28, 2017