UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 28, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Brian Brophy and Linda Brophy

Case No.: 16-34595

Chapter: Chapter 7

Judge: Stacey L. Meisel

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 28, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____Debtors_____ for the reduction of time for a hearing on  Motion Pursuant to 11 U.S.C. 706 to Convert Debtor's Chapter 7 to a Chapter 13 and Stay Abandonment and a Chapter 7 Discharge, or*  under Fed. R. Bankr. P. 9006(c)(1), it is *in the Alternative to Vacate an Order of Abandonment and Order of Discharge.

ORDERED as follows:

1. A hearing will be conducted on the matter on _____April 3_____ at __2:30 PM__ in the United States Bankruptcy Court, _____3rd Floor, 50 Walnut St. Newark, New Jersey_____, Courtroom No. __3A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
All secured creditors, all secured creditors' attorneys (if known), Chapter 7 Trustee, all unsecured creditors and all unsecured creditors' attorneys (if known).

by ☐ each, ☐ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  All secured creditors, all secured creditors' attorneys (if known) and Chapter 7 Trustee,

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*