| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>David G. Beslow, Esq., #DGB-5300 | Case No.: 16-34595<br><br>Chapter: 7 |
| In Re:<br><br>BRIAN BROPHY and<br>LINDA BROPHY | Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: April 3, 2017<br><br>Judge: SLM |

## CERTIFICATION OF SERVICE

1. I, Yamis Rodriguez:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for David G. Beslow, who represents Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On March 29, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    -Order Shortening Time
    -Notice of Motion to Convert Debtors' Chapter 7 to A Chapter 13 Proceeding and to Stay the Issuance of an Order of Abandonment and A Chapter 7 Discharge
    -Debtor's Certification in support of motion
    -Proposed Order
    -Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   3/29/17                                                      /s/Yamis Rodriguez
                                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Email Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United State Trustee's Office<br>One Newark Center, Suite 2100<br>Newark, NJ 07062 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Fax Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian & Linda Brophy<br>52 Bartholf Avenue<br>Pompton Lakes, NJ 07442 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fein Such Kahn & Shepard, PC<br>7 Century Drive, Suite 201<br>Parsippany, NJ 07054 | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Email Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric Perkins, Esq., Trustee<br>McElroy, Deutsche Mulvaney & Carpenter<br>40 West Ridgewood Avenue<br>Ridgewood, NJ 07450 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronically & Emailed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Email Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kohls<br>P.O. Box 2983<br>Milwaukee, WI 53201 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Fax Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Macy's<br>P.O. Box 9001094<br>Luoisville, KY 40290-1094 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Fax Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navient<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Fax Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nelnet<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Fax Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Queen's Park Oval Asset Holding Trust<br>5032 Parkway Boulevard<br>Charlotte, NC 28217 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via FedEx<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Roundpoint Mortgage Servicing Corp.<br>Attn: Lockbox 674150<br>4400 Amon Carter, Suite 110<br>Fort Worth, TX 76155 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via FedEx<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*