**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Brian Brophy** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Linda Brophy** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN    xxx–xx–4548
EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN    xxx–xx–6065
EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    District of New Jersey

Case number:    16–34595–SLM

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Brophy                    Linda Brophy

3/31/17                    **By the court:** <u>Stacey L. Meisel</u>
                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 16-34595-SLM
Brian Brophy                                                                                         Chapter 7
Linda Brophy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1              Date Rcvd: Mar 31, 2017
                           Form ID: 318           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2017.
db/jdb      +Brian Brophy,    Linda Brophy,    52 Bartholf Avenue,    Pompton Lakes, NJ 07442-1814
516571324   +Fein Such Kahn & Shepard,    7 Century Drive,   Parsippany, NJ 07054-4673
516571326    Macys,    PO Box 9001094,   Louisville, KY 40290-1094
516571329    Queen's Park Oval Asset Holding Trust,    5032 Parkway Blvd.,    Charlotte, NC 28217
516571330    Roundpoint,    PO Box 19409,    Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2017 22:37:46     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2017 22:37:44     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516571325   +EDI: CBSKOHLS.COM Mar 31 2017 22:33:00       Kohls,    PO Box 2983,   Milwaukee, WI 53201-2983
516571327    EDI: NAVIENTFKASMSERV.COM Mar 31 2017 22:33:00      Navient,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
516571328    E-mail/Text: electronicbkydocs@nelnet.net Mar 31 2017 22:37:47      Nelnet,    PO Box 82561,
               Lincoln, NE 68501-2561
516655572   +EDI: RMSC.COM Mar 31 2017 22:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
                                                                                          TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
              David G. Beslow   on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
                yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David G. Beslow   on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
                yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon   on behalf of Creditor   Queen's Park Oval Asset Holding Trust
                dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,  slahr@mdmc-law.com,nj42@ecfcbis.com,
                gdelmonaco@mdmc-law.com
              Eric R. Perkins   on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,  slahr@mdmc-law.com,
                nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              Jill  Manzo  on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
                QUEEN'S PARK OVAL ASSET HOLDING TRUST bankruptcy@feinsuch.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7