| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue<br>Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtors,*<br>*Brian Brophy and Linda Brophy* | **Order Filed on April 3, 2017 by**<br>**Clerk, U.S. Bankruptcy Court -**<br>**District of New Jersey** |
| In Re:<br><br>**BRIAN BROPHY,**<br>**LINDA BROPHY,**<br><br>            Debtors. | Case No.    16-34595/SLM<br><br>Chapter:      7<br><br>  Hearing Date:<br>, 2017 |

### ORDER PURSUANT TO 11 U.S.C. §706(a) CONVERTING CHAPTER 7 TO CHAPTER 13 PROCEEDING AND VACATING ABANDONMENT AND ORDER OF DISCHARGE

The relief set forth on the following pages numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: April 3, 2017**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtors:   **Brian Brophy and Linda Brophy**
Case No.:  **16-34595/SLM - Chapter 7**
Caption:   **Order Pursuant to 11 U.S.C. §706(b) Converting Chapter 7 to Chapter 13 Proceeding and Vacating Abandonment and Order of Discharge**

---

**THIS MATTER** being opened to the Court by David G. Beslow, Esq. attorney for the debtors, Brian Brophy and Linda Brophy; and

**IT APPEARING** to the Court that the above-named debtors have filed a motion, in accordance with 11 U.S.C. §706(a), seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code. The Court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §1208 or §1307 and,

**IT IS ON THIS** 3rd day of April, 2017,

**ORDERED**, that the Chapter 7 be converted to a Chapter 13 Proceeding; and it is further,

**ORDERED,** that the debtor within 14 days from the date of this Order shall file any required statements and schedules; and it is further,

**ORDERED,** that the debtor within 14 days from the date of this Order shall file a Chapter 13 Plan; and it is further,

**ORDERED,** that the Abandonment and Order of Discharge is hereby vacated, and that the automatic stay shall remain in place as to the real property located at 52 Bartholf Avenue Pompton Lakes, NJ 07442, and any other property of the bankruptcy estate until further Order of the Court or termination by any other applicable law.