Form 152 – ntcvacodischg

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−34595−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Brian Brophy                                     Linda Brophy
   52 Bartholf Avenue                    52 Bartholf Avenue
   Pompton Lakes, NJ 07442        Pompton Lakes, NJ 07442

Social Security No.:
   xxx−xx−4548                                     xxx−xx−6065

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING
AN ORDER OF DISCHARGE**

NOTICE IS HEREBY GIVEN that Order of Discharge of Debtor entered on 3/31/17 as to

- ☑ debtor
- ☑ joint debtor

has been vacated effective 4/3/17.


Dated: April 4, 2017
JAN: axg

                                                                               Jeanne Naughton
                                                                               Clerk