**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
David G. Beslow, Esq. #DGB-5300

*Attorneys for Debtors,*
*Brian Brophy and Linda Brophy*

Order Filed on April 3, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

| | |
|---|---|
| In Re: <br><br> **BRIAN BROPHY,** <br> **LINDA BROPHY,** <br><br> Debtors. | Case No.    16-34595/SLM <br><br> Chapter:    7 <br><br> Hearing Date: <br> , 2017 |

**ORDER PURSUANT TO 11 U.S.C. §706(a) CONVERTING CHAPTER 7**
**TO CHAPTER 13 PROCEEDING AND VACATING ABANDONMENT AND ORDER OF**
**DISCHARGE**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 3, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
**Debtors:** **Brian Brophy and Linda Brophy**
**Case No.:** **16-34595/SLM - Chapter 7**
**Caption:** **Order Pursuant to 11 U.S.C. §706(b) Converting Chapter 7 to Chapter 13 Proceeding and Vacating Abandonment and Order of Discharge**

---

**THIS MATTER** being opened to the Court by David G. Beslow, Esq. attorney for the debtors, Brian Brophy and Linda Brophy; and

**IT APPEARING** to the Court that the above-named debtors have filed a motion, in accordance with 11 U.S.C. §706(a), seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code. The Court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §1208 or §1307 and,

**IT IS ON THIS**    3rd    day of    April    , 2017,

**ORDERED**, that the Chapter 7 be converted to a Chapter 13 Proceeding; and it is further,

**ORDERED,** that the debtor within 14 days from the date of this Order shall file any required statements and schedules; and it is further,

**ORDERED,** that the debtor within 14 days from the date of this Order shall file a Chapter 13 Plan; and it is further,

**ORDERED,** that the Abandonment and Order of Discharge is hereby vacated, and that the automatic stay shall remain in place as to the real property located at 52 Bartholf Avenue Pompton Lakes, NJ 07442, and any other property of the bankruptcy estate until further Order of the Court or termination by any other applicable law.

United States Bankruptcy Court
District of New Jersey

In re:  
Brian Brophy  
Linda Brophy  
    Debtors

Case No. 16-34595-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 03, 2017  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.  
db/jdb      +Brian Brophy,    Linda Brophy,    52 Bartholf Avenue,    Pompton Lakes, NJ 07442-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:  
       David G. Beslow    on behalf of Joint Debtor Linda   Brophy yrodriguez@goldmanlaw.org,  
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
       David G. Beslow    on behalf of Debtor Brian   Brophy yrodriguez@goldmanlaw.org,  
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com  
       Denise E. Carlon    on behalf of Creditor    Queen's Park Oval Asset Holding Trust  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,  
        gdelmonaco@mdmc-law.com  
       Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,  
        nj42@ecfcbis.com,gdelmonaco@mdmc-law.com  
       Jill   Manzo    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for  
        QUEEN'S PARK OVAL ASSET HOLDING TRUST bankruptcy@feinsuch.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                 TOTAL: 7