Form 152 – ntcvacodischg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 16−34595−SLM
           Chapter: 13
           Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Brophy | Linda Brophy |
| 52 Bartholf Avenue | 52 Bartholf Avenue |
| Pompton Lakes, NJ 07442 | Pompton Lakes, NJ 07442 |

Social Security No.:
   xxx−xx−4548                                               xxx−xx−6065

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISCHARGE

NOTICE IS HEREBY GIVEN that Order of Discharge of Debtor entered on 3/31/17 as to

- ☑ debtor
- ☑ joint debtor

has been vacated effective 4/3/17.

Dated: April 4, 2017
JAN: axg

                                                                  Jeanne Naughton
                                                                  Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 16-34595-SLM
Brian Brophy                                                      Chapter 13
Linda Brophy
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1                  Date Rcvd: Apr 04, 2017
                               Form ID: 152                 Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2017.
db/jdb         +Brian Brophy,    Linda Brophy,    52 Bartholf Avenue,    Pompton Lakes, NJ 07442-1814
516571324      +Fein Such Kahn & Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
516571326       Macys,    PO Box 9001094,    Louisville, KY 40290-1094
516571329       Queen's Park Oval Asset Holding Trust,    5032 Parkway Blvd,    Charlotte, NC 28217
516571330       Roundpoint,    PO Box 19409,    Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2017 00:03:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2017 00:03:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516571325      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 05 2017 00:02:53      Kohls,    PO Box 2983,
                 Milwaukee, WI 53201-2983
516571327       E-mail/PDF: pa_dc_claims@navient.com Apr 04 2017 23:58:34      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
516571328       E-mail/Text: electronicbkydocs@nelnet.net Apr 05 2017 00:03:43      Nelnet,    PO Box 82561,
                 Lincoln, NE 68501-2561
516655572      +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2017 23:58:30      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
              David G. Beslow    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              David G. Beslow    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon    on behalf of Creditor   Queen's Park Oval Asset Holding Trust
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,  slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              Jill Manzo    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
               QUEEN'S PARK OVAL ASSET HOLDING TRUST bankruptcy@feinsuch.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```