UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Queen's Park Oval Asset Holding Trust

In Re:

Brian Brophy & Linda Brophy,

Debtors.

Case No.:      16-34595-SLM

Chapter:            13

Hearing Date:      4/11/2017

Judge:            Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter:  Motion for Relief from Stay re: 52 Bartholf Avenue, Pompton Lakes NJ 07442

 (Docket #22)

Date: 4/10/2017

/s/ Denise Carlon
Signature

*rev.8/1/15*