| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**GOLDMAN & BESLOW, LLC**<br>**7 Glenwood Avenue, Suite 311B**<br>East Orange, New Jersey 07017<br>Phone: 973-677-9000<br>David G. Beslow, Esq. #DGB-5300<br>Attorney for Debtors (s)<br><br>In Re:<br>BRIAN BROPHY and<br>LINDA BROPHY | <br><br>Order Filed on April 25, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey<br><br>Case No.:  16-34595<br>Hearing Date:<br>Judge:  SLM<br>Chapter:  13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 25, 2017**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

**ORDERED** that the debtor's request is:

Granted. The deadline to file schedules is extended to  May 12, 2017                    .

Denied.

Rev. 7/1/O4; jml