| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**GOLDMAN & BESLOW, LLC**<br>**7 Glenwood Avenue, Suite 311B**<br>East Orange, New Jersey 07017<br>Phone: 973-677-9000<br>David G. Beslow, Esq. #DGB-5300<br>Attorney for Debtors (s)<br><br>In Re:<br>BRIAN BROPHY and<br>LINDA BROPHY | <br><br>Order Filed on April 25, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey<br><br>Case No.:   16-34595<br>Hearing Date:<br>Judge:   SLM<br>Chapter:   13 |

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 25, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

**ORDERED** that the debtor's request is:

Granted. The deadline to file schedules is extended to  May 12, 2017                .

Denied.

Rev. 7/1/O4; jml

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-34595-SLM
Brian Brophy                                                                        Chapter 13
Linda Brophy
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1           Date Rcvd: Apr 26, 2017
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
db/jdb         +Brian Brophy,    Linda Brophy,    52 Bartholf Avenue,    Pompton Lakes, NJ 07442-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
     David G. Beslow    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
     David G. Beslow    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
     Denise E. Carlon    on behalf of Creditor    Queen's Park Oval Asset Holding Trust
      dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
     Jill  Manzo    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
      QUEEN'S PARK OVAL ASSET HOLDING TRUST bankruptcy@feinsuch.com
     Marie-Ann  Greenberg     magecf@magtrustee.com
     U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6