| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>Clifford B. Frish, Esq., #CBF-2541 | Case No.: 16-34595<br><br>Chapter: 13 |
| In Re:<br>BRIAN BROPHY and<br>LINDA BROPHY | Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: Obj Deadline 5/31/17<br><br>Judge: SLM |

## CERTIFICATION OF SERVICE

1. I, Yamis Rodriguez:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Clifford B. Frish, who represents Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On    May 17, 2017   , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    -Notice of Request for Loss Mitigation
    -Proposed Order
    -Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  5/1717                                     /s/Yamis Rodriguez_____
                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronically mailed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Queens Park Oval Asset Trust<br>5032 Parkway Boulevard<br>Charlotte, NC 28217<br>Attn: To an Officer, Managing or General Agent or to Any Other Agent Authorized by Appointment or By Law to Receive Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other Electronically mailed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>216 haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian & Linda Brophy<br>52 Bartholf Avenue<br>Pompton Lakes, NJ 07442 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Electronically mailed<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*