UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000

Clifford B. Frish, Esq., #CBF-2541

Case No.: 16-34595

Chapter: 13

In Re:

BRIAN BROPHY and

LINDA BROPHY

Adv. No.: Click or tap here to enter text.

Hearing Date: Click or tap here to enter text.

Judge: SLM

# CERTIFICATION OF SERVICE

1. I, Yamis Rodriguez:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Clifford B. Frish, who represents Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On    August 30, 2017    , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    -Application for Extension of Loss Mitigation Period
    -Proposed Order
    -Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   8/30/17

/s/Yamis Rodriguez
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electroically mailed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Queens Park Oval Asset Trust<br>5032 Parkway Boulevard<br>Charlotte, NC 28217<br>Attn: To an Officer, Managing or General Agent or to Any Other Agent Authorized by Appointment or By Law to Receive Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>216 haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorneys for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian & Linda Brophy<br>52 Bartholf Avenue<br>Pompton Lakes, NJ 07442 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Email Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kohls<br>P.O. Box 2983<br>Milwaukee, WI 53201 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Fax Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Macy's<br>P.O. Box 9001094<br>Luoisville, KY 40290-1094 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Fax Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navient<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Fax Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nelnet<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Fax Only<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*