| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>CLIFFORD B FRISH, ESQ –CBF#4241 | Case No.:<br>Chapter: | 16-34595<br>13 |
| In Re:<br>BRIAN BROPHY and<br>LINDA BROPHY | Adv. No.:<br>Hearing Date:<br>Judge: | Click or tap here to enter text.<br>Click or tap here to enter text.<br>SLM |

## CERTIFICATION OF SERVICE

1. I, Lina M Rivas:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Clifford B Frish, who represents Debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On    November 21, 2017    , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   -Application for Extension of Loss Mitigation period.
   -Proposed Order
   -Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  11/21/2017                                /s/Lina M Rivas
                                                 Signature


| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marrie Ann Greenberg Esq., Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronically mailed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Queens Park Oval Asset Trust<br>5032 Parkway Boulevard<br>Charlotte, NC 28217<br>Attn:To an officer, Managing or General Agent or to any Other Agent Authorized by Appointment or by Law to receive Service of Process | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>X Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group,PC.<br>216 Haddon Ave Suite 406<br>Westmont NJ 08108 | Attorney for Creditor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>X Other Electronically mailed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian & Linda Brophy<br>52 Barholf Ave<br>Pompton Lak, NJ 07442 | Debtors | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |