GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
#### Chapter 13 Case # 16-34595

Re:   BRIAN BROPHY                           Atty:   GOLDMAN & BESLOW, LLC
      LINDA BROPHY                                   ATTORNEYS AT LAW
      52 BARTHOLF AVENUE                             7 GLENWOOD AVE, SUITE 311B
      POMPTON LAKES,  NJ  07442                      EAST ORANGE, NJ  07017

## RECEIPTS AS OF 12/31/2017   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/02/2017 | $200.00 | 3931875000 - | 06/05/2017 | $200.00 | 4015545000 - |
| 07/05/2017 | $200.00 | 4095454000 - | 08/03/2017 | $200.00 | 4177718000 - |
| 09/05/2017 | $200.00 | 4259681000 - | 10/02/2017 | $200.00 | 4332153000 - |
| 11/03/2017 | $200.00 | 4414418000 - | 12/04/2017 | $200.00 | 4491517000 - |

**Total Receipts: $1,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 98.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK, NA | UNSECURED | 228.29 | 0.00% | 0.00 | 0.00 |
| 0006 | MACYS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | PHEAA | UNSECURED | 31,323.49 | 0.00% | 0.00 | 0.00 |
| 0008 | US DEPARTMENT OF EDUCATION | UNSECURED | 13,162.78 | 0.00% | 0.00 | 0.00 |
| 0010 | CARISBROOK ASSET HOLDING TRUST | MORTGAGE ARR | 239,312.85 | 100.00% | 0.00 | 0.00 |
| 0011 | CHARLES MICHAEL DAMIAN LLC | UNSECURED | 6,506.00 | 0.00% | 0.00 | 0.00 |
| 0012 | US DEPARTMENT OF EDUCATION | UNSECURED | 22,099.32 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $98.40**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $1,600.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $98.40    =    Funds on Hand: $1,701.60

**Chapter 13 Case # 16-34595**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.