| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Queen's Park Oval Asset Holding Trust | **Order Filed on March 27, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br>    Brian Brophy, Linda Brophy<br><br>Debtor. | Case No.:  16-34595 SLM<br><br>Adv. No.:<br><br>Hearing Date:  12/13/17 @10:30 A.M<br><br>Judge:  Stacey L. Meisel |

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 27, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Brian Brophy, Linda Brophy
Case No:  16-34595 SLM
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Queen's Park Oval Asset Holding Trust, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property 52 Bartholf Avenue, Pompton Lakes, NJ, 07442, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and David G. Beslow, Esquire, attorney for Debtor, and the parties having consensually resolved the motion, and for goood cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 2, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due February 2017 through March 2018 for a total post-petition default of $41,109.79 (14 @2,960.07; less suspense of $331.19); and

It is further **ORDERED, ADJUDGED and DECREED** Debtor shall make payments per trial modification; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the loan modification is unsuccessful, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further ORDERED, ADJUDGED and DECREED that the Creditor does not waive it's rights to any pre- or post-petition arrears in the event a loan modification is unsuccessful; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.