**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
  BRIAN BROPHY
  LINDA BROPHY

**Order Filed on July 25, 2018 by**
**Clerk, U.S. Bankruptcy Court -**
**District of New Jersey**

**Case No.:  16-34595 SLM**

**Hearing Date:  6/27/2018**

**Judge:  STACEY L. MEISEL**

**Debtor is Entitled To Discharge**

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: July 25, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):       BRIAN BROPHY
                 LINDA BROPHY

Case No.:        16-34595 SLM

Caption of Order:   MODIFIED ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 07/05/2018 is hereby modified as a result of the expiration of the claims bar date and that commencing 05/01/2017 the Debtor shall pay the Standing Trustee the sum of $200.00 for a period of 48 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk