**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

BRIAN BROPHY
LINDA BROPHY,

Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  16-34595 SLM

### NOTICE OF RESERVE ON CLAIM

Creditor:          CHARLES MICHAEL DAMIAN LLC
Trustee Claim #:   11
Claimed Amount:    $6,506.00
Date Claim Filed:  04/13/2017

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  October 01, 2018

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

BRIAN BROPHY
LINDA BROPHY
52 BARTHOLF AVENUE
POMPTON LAKES, NJ    07442

GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ    07017

CHARLES MICHAEL DAMIAN LLC
388 POMPTON AVE
CEDAR GROVE, NJ    07009