UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

Order Filed on December 18, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| | |
|---|---|
| In Re: <br><br> BRIAN BROPHY <br> LINDA BROPHY <br><br><br> Debtor (s) | Case No:   16-34595 <br><br> Chapter 13 <br><br> Judge:  SLM |

### REVISED FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)

The relief set forth on the following page number two (2) is hereby ORDERED.

**DATED: December 18, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): Brian & Linda Brophy
Chapter 13 Case#: 16-34595/SLM
Caption of Order: REVISED FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503 (b)

---

THIS MATTER, having been opened before the Court upon the application of Mark Goldman, Esq., attorney for the debtor(s), for an Order for an Allowance of Fees to the debtors' attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtors is hereby allowed the sum of $8562.50 as his fee and $600.19 for costs and expenses of which $2,040.00 has already been received by said attorney and of which the balance of $7,122.69 shall be paid by the Chapter 13 Standing Trustee to said attorney through the debtors' plan or in the event of dismissal of case directly to debtors' counsel and it is further

ORDERED that the monthly payments in the plan is hereby increased to $428.29 per month for 28 months starting on January, 2019 based on the aforesaid fee as the attorneys fees.