UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

**Order Filed on December 18, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

BRIAN BROPHY
LINDA BROPHY

Debtor (s)

Case No:   16-34595

Chapter 13

Judge:  SLM

### REVISED FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)

The relief set forth on the following page number two (2) is hereby ORDERED.

**DATED: December 18, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): Brian & Linda Brophy
Chapter 13 Case#: 16-34595/SLM
Caption of Order: REVISED FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503 (b)

---

THIS MATTER, having been opened before the Court upon the application of Mark Goldman, Esq., attorney for the debtor(s), for an Order for an Allowance of Fees to the debtors' attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtors is hereby allowed the sum of $8562.50 as his fee and $600.19 for costs and expenses of which $2,040.00 has already been received by said attorney and of which the balance of $7,122.69 shall be paid by the Chapter 13 Standing Trustee to said attorney through the debtors' plan or in the event of dismissal of case directly to debtors' counsel and it is further

ORDERED that the monthly payments in the plan is hereby increased to $428.29 per month for 28 months starting on January, 2019 based on the aforesaid fee as the attorneys fees.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-34595-SLM
Brian Brophy                                                            Chapter 13
Linda Brophy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Dec 20, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
db/jdb         +Brian Brophy,   Linda Brophy,   52 Bartholf Avenue,   Pompton Lakes, NJ 07442-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
              Clifford B. Frish    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Clifford B. Frish    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Trent Bridge Asset Holding Trust
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Queen's Park Oval Asset Holding Trust
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
               QUEEN'S PARK OVAL ASSET HOLDING TRUST bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark  Goldman    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13