GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 16-34595

Re:   BRIAN BROPHY                                   Atty:  GOLDMAN & BESLOW, LLC
      LINDA BROPHY                                          ATTORNEYS AT LAW
      52 BARTHOLF AVENUE                                    7 GLENWOOD AVE, SUITE 311B
      POMPTON LAKES,  NJ  07442                             EAST ORANGE, NJ  07017

## RECEIPTS AS OF 12/31/2018     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/02/2017 | $200.00 | 3931875000 - | 06/05/2017 | $200.00 | 4015545000 - |
| 07/05/2017 | $200.00 | 4095454000 - | 08/03/2017 | $200.00 | 4177718000 - |
| 09/05/2017 | $200.00 | 4259681000 - | 10/02/2017 | $200.00 | 4332153000 - |
| 11/03/2017 | $200.00 | 4414418000 - | 12/04/2017 | $200.00 | 4491517000 - |
| 01/02/2018 | $200.00 | 4563944000 - | 02/05/2018 | $200.00 | 4648048000 - |
| 03/12/2018 | $200.00 | 4747140000 - | 04/23/2018 | $200.00 | 4854353000 |
| 05/07/2018 | $200.00 | 4897261000 | 06/18/2018 | $200.00 | 4995333000 |
| 07/23/2018 | $200.00 | 5085912000 | 09/04/2018 | $200.00 | 5204473000 |
| 11/15/2018 | $200.00 | 5391932000 | 11/26/2018 | $400.00 | 5413533000 |
| 12/05/2018 | $200.00 | 5448028000 | | | |

**Total Receipts: $4,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $4,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK, NA | | | | | | |
| | 07/16/2018 | $65.27 | 805,971 | 08/20/2018 | $6.41 | 807,877 |
| CAPITAL ONE NA | | | | | | |
| | 09/17/2018 | $6.42 | 8,000,694 | 10/22/2018 | $6.57 | 8,000,728 |
| CARISBROOK ASSET HOLDING TRUST | | | | | | |
| | 07/16/2018 | $531.00 | 805,764 | | | |
| CHARLES MICHAEL DAMIAN LLC | | | | | | |
| | 07/16/2018 | $1,860.13 | 805,686 | 08/20/2018 | $182.79 | 807,554 |
| | 09/17/2018 | $182.78 | 809,524 | 10/01/2018 | ($182.78) | 809,524 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 228.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 7,122.69 | 100.00% | 1,124.61 | 5,998.08 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE NA | UNSECURED | 228.29 | 100.00% | 84.67 | 143.62 |
| 0006 | MACYS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | ECMC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0008 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CARISBROOK ASSET HOLDING TRUST | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CHARLES MICHAEL DAMIAN LLC | UNSECURED | 6,506.00 | 100.00% | 2,042.92 | 4,463.08 |
| 0012 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | CARISBROOK ASSET HOLDING TRUST | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $4,011.40**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $4,000.00    -    Paid to Claims: $2,658.59    -    Admin Costs Paid: $1,352.81    =    Funds on Hand: $188.60

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.