| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br>Clifford B. Frish, Esq. #CBF-2541<br>Attorney(s) for Debtor | |
|---|---|
| In Re:<br><br>BRIAN BROPHY and<br>LINDA BROPHY | Case No.: 16-34595<br>Chapter: 13<br>Judge: SLM |

Order Filed on June 25, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 25, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/25/2019_____ :

Property:    52 Bartholf Avenue Pompton Lakes, NJ

Creditor:    Queens Park Oval Asset Trust (Roundpoint Mortgage Services)

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/24/2019_____ (9/30/2019 struck through).

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2