Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−34595−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Brian Brophy                                     Linda Brophy
   52 Bartholf Avenue                               52 Bartholf Avenue
   Pompton Lakes, NJ 07442                          Pompton Lakes, NJ 07442

Social Security No.:
   xxx−xx−4548                                      xxx−xx−6065

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/28/19 at 10:00 AM

to consider and act upon the following:

*111* − Supplemental Application for Compensation for Mark Goldman, Debtor's Attorney, period: 2/13/2019 to 6/2/2019, fee: $800.00, expenses: $. Filed by Mark Goldman. Objection deadline is 7/30/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Goldman, Mark)

*112* − Objection to Debtor(s) Attorney's Application for Compensation (related document:111 Supplemental Application for Compensation for Mark Goldman, Debtor's Attorney, period: 2/13/2019 to 6/2/2019, fee: $800.00, expenses: $. Filed by Mark Goldman. Objection deadline is 7/30/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Brian Brophy, Joint Debtor Linda Brophy) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/25/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court