UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey 07017
Phone: 973-677-9000

Mark Goldman, Esq. #MG-8019
Attorney for Debtors (s)

Order Filed on November 5, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

BRIAN BROPHY
LINDA BROPHY

Case No.:   16-34595
Chapter:    13
Judge:      SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following is **ORDERED**.

DATED: November 5, 2019

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Goldman & Beslow, LLC, the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0 for a total of $800.00 The allowance shall be payable:

|   |   |   |
|---|---|---|
| X | through the Chapter 13 plan as an administrative priority. |
| ☐ | outside the plan. |

The debtor's monthly plan is modified to require a payment of $480.000 per month for 18 months to allow for payment of the aforesaid fee.