# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J.LBR 9004-1 Denise Carlon, Esquire KML Law Group, P.C. 216 Haddon Avenue, Ste. 406 Westmont, NJ 08108 Main Phone:609-250-0700 dcarlon@kmllawgroup.com Carisbrook Asset Holding Trust | CASE NO. 16-34595 SLM CHAPTER 13 Hearing Date: Hearing Time: Judge: Stacey L. Meisel |

In re:

Brian Brophy
Linda Brophy

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY
## ON THE NOTE AND MORTGAGE DATED March 14, 2008

I, Sylvia Grantham, employed as Bankruptcy Oversight Specialist by RoundPoint Mortgage Servicing Corporation, for Carisbrook Asset Holding Trust, hereby certifies the following information:

Recorded on March 27, 2008 in Passaic County, in Book M9739, at Page 41

Property Address: 52 Bartholf Ave, Pompton Lakes NJ 07442

Mortgage Holder: Carisbrook Asset Holding Trust

Mortgagor(s)/ Debtor(s): Brian Brophy and Linda Brophy

Agreed Order Entered: March 27, 2018

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Check or Money Order Number |
|---|---|---|---|---|---|
| $2,960.07 | 4/1/2018 | Apr-18 | $3,291.26 | 4/11/2018 | |
| $2,960.07 | 5/1/2018 | May-18 | $3,291.76 | 5/21/2018 | |
| $2,997.38 | 6/1/2018 | Jun-18 | $3,291.26 | 6/29/2018 | |
| $2,997.38 | 7/1/2018 | Jul-18 | $3,291.26 | 8/16/2018 | |
| $2,997.38 | 8/1/2018 | Aug-18 | $3,291.26 | 10/26/2018 | |
| $2,997.38 | 9/1/2018 | Sep-18 | $3,291.26 | 1/8/2019 | |
| $2,997.38 | 10/1/2018 | Oct-18 | $3,291.26 | 2/26/2019 | |
| $2,997.38 | 11/1/2018 | Nov-18 | $3,291.26 | 4/11/2019 | |
| $2,997.38 | 12/1/2018 | Dec-18 | $3,291.26 | 7/9/2019 | |
| $2,997.38 | 1/1/2019 | Jan-19 | $3,291.26 | 9/11/2019 | |
| $2,997.38 | 2/1/2019 | Feb-19 | $3,291.26 | 10/29/2019 | |
| $2,997.38 | 3/1/2019 | Mar-19 | $3,291.26 | 12/2/2019 | |
| $2,997.38 | 4/1/2019 | Apr-19 | | Applied from suspense | |
| $2,997.38 | 5/1/2019 | | | | |
| $2,997.38 | 6/1/2019 | | | | |
| $2,997.38 | 7/1/2019 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| $2,997.38 | 8/1/2019 | | | | |
| $2,997.38 | 9/1/2019 | | | | |
| $2,997.38 | 10/1/2019 | | | | |
| $2,997.38 | 11/1/2019 | | | | |
| $2,997.38 | 12/1/2019 | | | | |
| $2,997.38 | 1/1/2020 | | | | |
| Total: $65,867.74 | | | $39,495.62 | | |

Continue on attached sheets if necessary.

Monthly payments past due: 9 months X $2,997.38
Less suspense: $604.30
(Monthly payment + late charge)= $26,372.12 as of January 2020

Each current monthly payment is comprised of:
    Principal & Interest:    $1,612.90_____
    R.E. Taxes:    $1,117.48_____
    Insurance:    $267.00_____
    Other:    $0.00_____    (Specify:_____)
    TOTAL    $2,997.38_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

_____
_____

PRE-PETITION ARREARS: N/A

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 1/7/2020

Signature: Sylvia Grantham