GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 16-34595

| Re: | BRIAN BROPHY | Atty: | GOLDMAN & BESLOW, LLC |
|---|---|---|---|
|  | LINDA BROPHY |  | ATTORNEYS AT LAW |
|  | 52 BARTHOLF AVENUE |  | 7 GLENWOOD AVE, SUITE 311B |
|  | POMPTON LAKES,  NJ  07442 |  | EAST ORANGE, NJ  07017 |

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/02/2017 | $200.00 | 3931875000 - | 06/05/2017 | $200.00 | 4015545000 - |
| 07/05/2017 | $200.00 | 4095454000 - | 08/03/2017 | $200.00 | 4177718000 - |
| 09/05/2017 | $200.00 | 4259681000 - | 10/02/2017 | $200.00 | 4332153000 - |
| 11/03/2017 | $200.00 | 4414418000 - | 12/04/2017 | $200.00 | 4491517000 - |
| 01/02/2018 | $200.00 | 4563944000 - | 02/05/2018 | $200.00 | 4648048000 - |
| 03/12/2018 | $200.00 | 4747140000 - | 04/23/2018 | $200.00 | 4854353000 |
| 05/07/2018 | $200.00 | 4897261000 | 06/18/2018 | $200.00 | 4995333000 |
| 07/23/2018 | $200.00 | 5085912000 | 09/04/2018 | $200.00 | 5204473000 |
| 11/15/2018 | $200.00 | 5391932000 | 11/26/2018 | $400.00 | 5413533000 |
| 12/05/2018 | $200.00 | 5448028000 | 01/07/2019 | $200.00 | 5522999000 |
| 02/04/2019 | $200.00 | 5594113000 | 03/05/2019 | $200.00 | 5680767000 |
| 04/04/2019 | $200.00 | 5759205000 | 05/06/2019 | $200.00 | 5841474000 |
| 06/05/2019 | $200.00 | 5919137000 | 06/28/2019 | $1,370.00 | 5972509000 |
| 07/15/2019 | $200.00 | 6015220000 | 08/05/2019 | $430.00 | 6070285000 |
| 09/03/2019 | $430.00 | 6145821000 | 10/04/2019 | $430.00 | 6230056000 |
| 11/06/2019 | $430.00 | 6312938000 | 12/09/2019 | $480.00 | 6389512000 |
| 01/06/2020 | $480.00 | 6457816000 |  |  |  |

**Total Receipts: $9,450.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan： $9,450.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK, NA | | | | | | |
| | 07/16/2018 | $65.27 | 805,971 | 08/20/2018 | $6.41 | 807,877 |
| CAPITAL ONE NA | | | | | | |
| | 09/17/2018 | $6.42 | 8,000,694 | 10/22/2018 | $6.57 | 8,000,728 |
| CARISBROOK ASSET HOLDING TRUST | | | | | | |
| | 07/16/2018 | $531.00 | 805,764 | | | |
| CHARLES MICHAEL DAMIAN LLC | | | | | | |
| | 07/16/2018 | $1,860.13 | 805,686 | 08/20/2018 | $182.79 | 807,554 |
| | 09/17/2018 | $182.78 | 809,524 | 10/01/2018 | ($182.78) | 809,524 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 16-34595**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 459.49 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 7,922.69 | 100.00% | 5,876.88 | 2,045.81 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE NA | UNSECURED | 228.29 | 100.00% | 84.67 | 143.62 |
| 0006 | MACYS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | ECMC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ROUNDPOINT MORTGAGE SERVICING CO | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CHARLES MICHAEL DAMIAN LLC | UNSECURED | 6,506.00 | 100.00% | 2,042.92 | 4,463.08 |
| 0012 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | ROUNDPOINT MORTGAGE SERVICING CO | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $8,994.96**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $9,450.00    -    Paid to Claims: $2,658.59    -    Admin Costs Paid: $6,336.37    =    Funds on Hand: $455.04

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.