Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16−34595−SLM
                        Chapter: 13
                        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Brophy                                                Linda Brophy
   52 Bartholf Avenue                             52 Bartholf Avenue
   Pompton Lakes, NJ 07442                Pompton Lakes, NJ 07442

Social Security No.:
   xxx−xx−4548                                             xxx−xx−6065

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/26/20 at 10:00 AM

to consider and act upon the following:

*134* − Creditor's Certification of Default (related document:61 Motion for Relief from Stay re: 52 Bartholf Ave, Pompton Lakes NJ 07442. Fee Amount $ 181. filed by Creditor CARISBROOK ASSET HOLDING TRUST, 71 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CARISBROOK ASSET HOLDING TRUST. Objection deadline is 01/23/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Creditor's Certificate # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*136* − Certification in Opposition to Certification of Default (related document:134 Creditor's Certification of Default (related document:61 Motion for Relief from Stay re: 52 Bartholf Ave, Pompton Lakes NJ 07442. Fee Amount $ 181. filed by Creditor CARISBROOK ASSET HOLDING TRUST, 71 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CARISBROOK ASSET HOLDING TRUST. Objection deadline is 01/23/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Creditor's Certificate # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CARISBROOK ASSET HOLDING TRUST) filed by David G. Beslow on behalf of Brian Brophy, Linda Brophy. (Attachments: # 1 Exhibit) (Beslow, David)

Dated: 1/24/20

                                                                 Jeanne Naughton
                                                                  Clerk, U.S. Bankruptcy Court