UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor(s)

Order Filed on June 5, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

  BRIAN AND LINDA BROPHY

| | |
|---|---|
| Case No.: | 16-34595 |
| Chapter: | 13 |
| Judge: | SLM |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 5, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on December 23, 2019 :

Property:      52 Bartholf Avenue, Pompton Lakes, NJ 07442

Creditor:      Queens Park Oval Asset Trust (Roundpoint Mortgage Services)

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by the debtors , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including June 10, 2020 ~~June 30, 2020~~ .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*