Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  16−34595−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Brophy | Linda Brophy |
| 52 Bartholf Avenue | 52 Bartholf Avenue |
| Pompton Lakes, NJ 07442 | Pompton Lakes, NJ 07442 |

Social Security No.:
  xxx−xx−4548                            xxx−xx−6065

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      7/21/20
Time:     02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Goldman & Beslow, LLC, Debtor's Attorney,

COMMISSION OR FEES
$2,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 27, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 16-34595-SLM
Brian Brophy                                                       Chapter 13
Linda Brophy
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Jun 29, 2020
                              Form ID: 137                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db/jdb         +Brian Brophy,    Linda Brophy,    52 Bartholf Avenue,    Pompton Lakes, NJ 07442-1814
516978003       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517002627      +Carisbrook Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corpor,
                 5016 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1930
517335583       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
517335584       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,   PO BOX 16408,
                 ST. PAUL, MN 55116-0408
518370835       Kingsmead Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corp,    PO Box 19409,
                 Charlotte, NC 282199409
518370836      +Kingsmead Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corp,    PO Box 19409,
                 Charlotte, NC 282199409,    Kingsmead Asset Holding Trust,
                 c/o RoundPoint Mortgage Servicing Corp 28219-9409
516571326       Macys,   PO Box 9001094,    Louisville, KY 40290-1094
516816284      +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
516571329       Queen's Park Oval Asset Holding Trust,     5032 Parkway Blvd,    Charlotte, NC 28217
518529890       RoundPoint Mortgage Servicing Corp,    for Carisbrook Asset Holding Trust,    PO Box 19409,
                 Charlotte, NC 282199409
518529891      +RoundPoint Mortgage Servicing Corp,    for Carisbrook Asset Holding Trust,    PO Box 19409,
                 Charlotte, NC 282199409,    RoundPoint Mortgage Servicing Corp,
                 for Carisbrook Asset Holding Trust 28219-9409
516571330       Roundpoint,    PO Box 19409,   Charlotte, NC 28219-9409
516879862       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 30 2020 01:14:55      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 30 2020 01:14:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516571325      +E-mail/Text: bncnotices@becket-lee.com Jun 30 2020 01:14:07      Kohls,   PO Box 2983,
                 Milwaukee, WI 53201-2983
516571327       E-mail/PDF: pa_dc_claims@navient.com Jun 30 2020 01:12:05      Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
516571328       E-mail/Text: electronicbkydocs@nelnet.net Jun 30 2020 01:14:56      Nelnet,   PO Box 82561,
                 Lincoln, NE 68501-2561
516655572      +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2020 01:12:43      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516758704      +E-mail/Text: electronicbkydocs@nelnet.net Jun 30 2020 01:14:56
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516765468     ##+Charles Michael Damian, LLC,    388 Pompton Avenue,    Cedar Grove, NJ 07009-1814
516571324     ##+Fein Such Kahn & Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
                                                                                TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2                   User: admin                      Page 2 of 2                   Date Rcvd: Jun 29, 2020
                                       Form ID: 137                     Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:

```
              Clifford B. Frish    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              Clifford B. Frish    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Kingsmead Asset Holding Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Trent Bridge Asset Holding Trust
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Queen's Park Oval Asset Holding Trust
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
               QUEEN'S PARK OVAL ASSET HOLDING TRUST bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark  Goldman    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 14
```