UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor(s)

Order Filed on July 21, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRIAN AND LINDA BROPHY

Case No.: 16-34595

Chapter: 13

Judge: SLM

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 21, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  December 23, 2019  :

Property:    52 Bartholf Avenue, Pompton Lakes, NJ 07442

Creditor:    Queens Park Oval Asset Trust (Roundpoint Mortgage Services)

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  the debtors , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  August 12, 2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-34595-SLM
Brian Brophy                                                           Chapter 13
Linda Brophy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1              Date Rcvd: Jul 21, 2020
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.
db/jdb        +Brian Brophy,    Linda Brophy,    52 Bartholf Avenue,    Pompton Lakes, NJ 07442-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:
      Clifford B. Frish    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
       cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Clifford B. Frish    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
       cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      David G. Beslow    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      David G. Beslow    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor   Kingsmead Asset Holding Trust dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor   CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor   Trent Bridge Asset Holding Trust
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor   Queen's Park Oval Asset Holding Trust
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Jill Manzo    on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION, as servicer for
       QUEEN'S PARK OVAL ASSET HOLDING TRUST bankruptcy@feinsuch.com
      Kevin Gordon McDonald    on behalf of Creditor   CARISBROOK ASSET HOLDING TRUST
       kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Mark Goldman    on behalf of Debtor Brian  Brophy yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Mark Goldman    on behalf of Joint Debtor Linda  Brophy yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                      TOTAL: 14