Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−34595−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian Brophy
52 Bartholf Avenue
Pompton Lakes, NJ 07442

Linda Brophy
52 Bartholf Avenue
Pompton Lakes, NJ 07442

Social Security No.:
xxx−xx−4548

xxx−xx−6065

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/26/20 at 10:00 AM

to consider and act upon the following:

*154* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/3/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*160* – Certification in Opposition to (related document:154 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/3/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Brian Brophy, Linda Brophy. (Beslow, David)

Dated: 8/4/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court