Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−34595−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Brophy | Linda Brophy |
| 52 Bartholf Avenue | 52 Bartholf Avenue |
| Pompton Lakes, NJ 07442 | Pompton Lakes, NJ 07442 |

Social Security No.:
   xxx−xx−4548                                         xxx−xx−6065

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

        NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
        was entered on .

        Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

        This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11
U.S.C. § 109(g).

Dated: October 28, 2020
JAN: rah

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 16-34595-SLM

Brian Brophy                                                                         Chapter 13

Linda Brophy

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                                   User: admin                                        Page 1 of 3

Date Rcvd: Oct 28, 2020                          Form ID: 148                                  Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol          Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##                 Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Brophy, Linda Brophy, 52 Bartholf Avenue, Pompton Lakes, NJ 07442-1814 |
| 517002627 | + | Carisbrook Asset Holding Trust, c/o RoundPoint Mortgage Servicing Corpor, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 516571326 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 518370835 | | Kingsmead Asset Holding Trust, c/o RoundPoint Mortgage Servicing Corp, PO Box 19409, Charlotte, NC 282199409 |
| 518370836 | + | Kingsmead Asset Holding Trust, c/o RoundPoint Mortgage Servicing Corp, PO Box 19409, Charlotte, NC 282199409, Kingsmead Asset Holding Trust c/o RoundPoint Mortgage Servicing Corp 28219-9409 |
| 516816284 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 516571329 | | Queen's Park Oval Asset Holding Trust, 5032 Parkway Blvd, Charlotte, NC 28217 |
| 518529890 | | RoundPoint Mortgage Servicing Corp, for Carisbrook Asset Holding Trust, PO Box 19409, Charlotte, NC 282199409 |
| 518529891 | + | RoundPoint Mortgage Servicing Corp, for Carisbrook Asset Holding Trust, PO Box 19409, Charlotte, NC 282199409, RoundPoint Mortgage Servicing Corp for Carisbrook Asset Holding Trust 28219-9409 |
| 516571330 | | Roundpoint, PO Box 19409, Charlotte, NC 28219-9409 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2020 22:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2020 22:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516978003 | | EDI: BL-BECKET.COM | Oct 29 2020 00:23:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517335583 | | EDI: ECMC.COM | Oct 29 2020 00:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517335584 | | EDI: ECMC.COM | Oct 29 2020 00:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 516571325 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2020 22:47:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 516571327 | | EDI: NAVIENTFKASMSERV.COM | Oct 29 2020 00:23:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 516571328 | | Email/Text: electronicbkydocs@nelnet.net | Oct 28 2020 22:48:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 516655572 | + | EDI: RMSC.COM | Oct 29 2020 00:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 148 | Total Noticed: 21 |

| | | | |
|---|---|---|---|
| 516879862 | EDI: ECMC.COM | | |
| | | Oct 29 2020 00:13:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 516758704 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Oct 28 2020 22:48:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516765468 | ##+ | Charles Michael Damian, LLC, 388 Pompton Avenue, Cedar Grove, NJ 07009-1814 |
| 516571324 | ##+ | Fein Such Kahn & Shepard, 7 Century Drive, Parsippany, NJ 07054-4673 |
| jdb | *+ | Linda Brophy, 52 Bartholf Avenue, Pompton Lakes, NJ 07442-1814 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clifford B. Frish | on behalf of Joint Debtor Linda Brophy yrodriguez@goldmanlaw.org<br>cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com |
| Clifford B. Frish | on behalf of Debtor Brian Brophy yrodriguez@goldmanlaw.org<br>cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com |
| David G. Beslow | on behalf of Joint Debtor Linda Brophy yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| David G. Beslow | on behalf of Debtor Brian Brophy yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Denise E. Carlon | on behalf of Creditor Kingsmead Asset Holding Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CARISBROOK ASSET HOLDING TRUST dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Trent Bridge Asset Holding Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Queen's Park Oval Asset Holding Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | |

District/off: 0312-2                           User: admin                                    Page 3 of 3
Date Rcvd: Oct 28, 2020                    Form ID: 148                              Total Noticed: 21

on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION  as servicer for QUEEN'S PARK OVAL
ASSET HOLDING TRUST bankruptcy@feinsuch.com

Kevin Gordon McDonald

on behalf of Creditor CARISBROOK ASSET HOLDING TRUST kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Mark Goldman

on behalf of Debtor Brian Brophy yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Mark Goldman

on behalf of Joint Debtor Linda Brophy yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14