Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.:  16−34595−SLM
                                      Chapter:  13
                                      Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Brophy | Linda Brophy |
| 52 Bartholf Avenue | 52 Bartholf Avenue |
| Pompton Lakes, NJ 07442 | Pompton Lakes, NJ 07442 |

Social Security No.:
  xxx−xx−4548                                           xxx−xx−6065

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 17, 2021</u>                  <u>Stacey L. Meisel</u>
                                                     Judge, United States Bankruptcy Court